Rebecca Tingey
DREIER LLP
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MANCINI, ET AL.,<br><br>Plaintiff(s)<br><br>v.<br><br>TICKETMASTER, ET AL.,<br><br>Defendant(s). | CASE NUMBER<br><br>07-01459 DSF (JTL)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __REBECCA TINGEY__,
*Applicant's Name*

of __DREIER LLP__ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☒ Plaintiff ☐ Defendant __JOHN MANCINI__

and the designation of __ERIC M. GEORGE__ of __DREIER STEIN KAHAN BROWNE WOODS GEORGE LLP__
*Local Counsel Designee*  *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated 1-14-08

_____
U. S. District Judge/U.S. Magistrate Judge

{00318085.DOC;}
G-64 ORDER (06/05)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE