Lee Weiss
DREIER LLP
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOHN MANCINI, ET AL., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 07-01459 DSF (JTL) |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| TICKETMASTER, ET AL., | |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of **LEE A. WEISS**,
*Applicant's Name*

of **DREIER LLP** for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☒ Plaintiff ☐ Defendant **JOHN MANCINI**

and the designation of **ERIC M. GEORGE** of **DREIER STEIN KAHAN BROWNE WOODS GEORGE LLP**
*Local Counsel Designee*                                    *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  1-14-08                              _____
                                            U. S. District Judge/U.S. Magistrate Judge