UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-1459 DSF<br>CV 08-117 DSF<br>CV 08-7509 DSF | Date | 12/19/11 |
|---|---|---|---|
| Title | John Mancini v. Ticketmaster; Stephen C. Stearns v. Ticketmaster Corp., Craig Johnson v. Ticketmaster | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Pamela Batalo |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Adam Gutride | Donald Brown<br>Sirena P. Castillo |

**Proceedings:**   Status Conference

   The matter is called and counsel state their appearances. The Court and counsel discuss the status of the case as set forth on the record. Defense counsel states that a Petition for Writ of Certiorari will be filed with the Supreme Court and requests that the matter be stayed. Plaintiff's counsel does not object to the stay. The matter is stayed until the Petition is filed. At that point, plaintiff's counsel may file a request to have the stay lifted.