UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 07-1459 DSF (JTLx); CV 08-7509 DSF (JTLx) | Date | 7/29/13 |
|---|---|---|---|
| Title | Mancini, et al. v. Ticketmaster, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Pamela Batalo |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Adam Gutride<br>Lee A. Weiss | Donald Brown |

**Proceedings:**   Hearing on Motion for Settlement Approval of Class Action Settlement

   The matter is called and counsel state their appearances.  The Court hears from counsel as set forth on the record.  The Court finds that the settlement is fair and reasonable.  Counsel are to provide a proposed order.