FILED

UNITED STATES COURT OF APPEALS

OCT 04 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT D. REESE, Sr.,

    Plaintiff - Appellant,

v.

JOHN MANCINI; et al.,

    Plaintiffs - Appellees,

And

TICKETMASTER CORP; et al.,

    Defendants - Appellees.

No. 13-56536

D.C. No. 2:07-cv-01459-DSF-JTL
Central District of California,
Los Angeles

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

10/4/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: DLM  DEPUTY

    Pursuant to the stipulation under Federal Rule of Appellate Procedure 42(b) by appellant and appellees, it is ordered that appeal No. 13-56536 be dismissed. Costs shall be allocated pursuant to the stipulation.

    A copy of this order shall act as and for the mandate of this court.

    For the Court:
    MOLLY C. DWYER
    Clerk of the Court

    Alihandra M. Totor
    Deputy Clerk
    Ninth Circuit Rules 27-7 and 27 10

Amt\/Pro Mo 03Oct2013